IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **CARL RAYMOND FALK** | ) | No. 16-37646 |
| **PATRICIA ANN FALK,** | ) | |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:   See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on October 5, 2018 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                   BY:/s/ Joseph E. Cohen

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Carl Raymond Falk
1 Pamela Road
Lake Zurich, IL 60047-1228

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA  98083-0280

Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

First National Bank of Omaha
1620 Dodge Street, Stop code 3105
Omaha, NE 68197-0002

Patricia Ann Falk
1 Pamela Road
Lake Zurich, IL 60047-1228

PYOD, LLC its successors
assigns as assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Scott Greenwood
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603-5920

WORLD'S FOREMOST BANK-CABELA'S CLU
PO BOX 82609
LINCOLN, NE 68501-2609