UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| FALK, CARL RAYMOND § | Case No. 16-37646 |
| FALK, PATRICIA ANN § | |
| § | |
| Debtors § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 114,750.00                    Assets Exempt: 84,100.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  5,398.03      Claims Discharged
                                                 Without Payment:  27,774.50

Total Expenses of Administration:  3,601.97

3) Total gross receipts of $ 9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,601.97 | 3,601.97 | 3,601.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 33,172.53 | 33,172.53 | 5,398.03 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 36,774.50 | $ 36,774.50 | $ 9,000.00 |

4)  This case was originally filed under chapter 7 on 11/29/2016 . The case was pending for 26 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/14/2019           By:/s/JOSEPH E. COHEN
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TOYOTA FJ CRUISER | 1129-000 | 5,000.00 |
| SUBARU FORESTER 2015 | 1129-000 | 3,000.00 |
| ELECTRONICS | 1129-000 | 250.00 |
| DEPOSITS OF MONEY | 1129-000 | 750.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 35.47 | 35.47 | 35.47 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 1,277.67 | 1,277.67 | 1,277.67 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN | 3110-000 | NA | 638.83 | 638.83 | 638.83 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,601.97 | $ 3,601.97 | $ 3,601.97 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL ONE, N.A. | 7100-000 | NA | 2,977.82 | 2,977.82 | 484.57 |
| 000007 | CITIBANK, N.A. | 7100-000 | NA | 6,950.32 | 6,950.32 | 1,131.00 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 10,566.90 | 10,566.90 | 1,719.51 |
| 000002 | DISCOVER BANK | 7100-000 | NA | 511.43 | 511.43 | 83.22 |
| 000003 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | NA | 2,374.44 | 2,374.44 | 386.38 |
| 000005 | PYOD, LLC ITS SUCCESSORS | 7100-000 | NA | 2,767.29 | 2,767.29 | 450.31 |
| 000006 | WORLD'S FOREMOST BANK-CABELA'S CL | 7100-000 | NA | 7,024.33 | 7,024.33 | 1,143.04 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 33,172.53 | $ 33,172.53 | $ 5,398.03 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-37646 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | FALK, CARL RAYMOND | | | Date Filed (f) or Converted (c): | 11/29/16 (f) |
| | FALK, PATRICIA ANN | | | 341(a) Meeting Date: | 01/05/17 |
| For Period Ending: | 01/14/19 | | | Claims Bar Date: | 09/25/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 144,000.00 | 0.00 | | 0.00 | FA |
| 2. TOYOTA FJ CRUISER | 14,150.00 | 0.00 | | 5,000.00 | FA |
| 3. SUBARU FORESTER 2015 | 21,750.00 | 0.00 | | 3,000.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. ELECTRONICS | 500.00 | 0.00 | | 250.00 | FA |
| 6. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 350.00 | 0.00 | | 0.00 | FA |
| 8. DEPOSITS OF MONEY | 2,620.00 | 0.00 | | 750.00 | FA |
| 9. BONDS, MUTUAL FUNDS | 800.00 | 0.00 | | 0.00 | FA |
| 10. 401(K) | 40,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $225,970.00     $0.00     $9,000.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE FILED MOTION FOR SALE OF ASSETS BACK TO DEBTOR - 8/301/18.  DEBTOR NEGOTIATING WITH DEBTOR TO PURCHASE TRUSTEE'S
RIGHT, TITLE AND INTEREST IN ASSETS - 4/30/18. TRUSTEE HAS ALSO REQUESTED COPIES OF BANK STATEMENTS FROM DEBTOR -
1/9/2018. TRUSTEE HAS REQUESTED INFO ON VEHICLES FROM DEBTOR - 4/30/17.

Initial Projected Date of Final Report (TFR): 11/30/18        Current Projected Date of Final Report (TFR): 11/30/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-37646 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | FALK, CARL RAYMOND | | Bank Name: | ASSOCIATED BANK |
| | FALK, PATRICIA ANN | | Account Number / CD #: | *******0545 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2595 | | | |
| For Period Ending: | 01/14/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/18 | * NOTE * | Carl & Patricia Falk | Sale proceeds<br>* NOTE *  Properties 2, 3, 5, 8 | 1129-000 | 9,000.00 | | 9,000.00 |
| * 10/26/18 | 300001 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Compensation<br><br>Fees          1,650.00<br>Expenses         35.47 | <br><br>2100-003<br>2200-003 | | 1,685.47 | 7,314.53 |
| * 10/26/18 | 300001 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Compensation<br><br>Fees       (  1,650.00 )<br>Expenses   (     35.47 ) | <br><br>2100-003<br>2200-003 | | -1,685.47 | 9,000.00 |
| * 10/26/18 | 300002 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-003 | | 1,277.67 | 7,722.33 |
| * 10/26/18 | 300002 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-003 | | -1,277.67 | 9,000.00 |
| * 10/26/18 | 300003 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-003 | | 638.83 | 8,361.17 |
| * 10/26/18 | 300003 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees<br>REPRINT OF CHECK DUE TO FAULTY MICR CARTRIDGE | 3110-003 | | -638.83 | 9,000.00 |
| * 10/26/18 | 300004 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 16.27261% | 7100-003 | | 1,719.51 | 7,280.49 |

Page Subtotals         9,000.00         1,719.51

Ver: 21.00a

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-37646 -ABG | |
| Case Name: | FALK, CARL RAYMOND | |
| | FALK, PATRICIA ANN | |
| Taxpayer ID No: | *******2595 | |
| For Period Ending: | 01/14/19 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******0545 Checking Account (Non-Interest Earn) | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/26/18 | 300004 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 16.27261%<br>REPRINT OF CHECK DUE TO FAULTY MICR CARTRIDGE | 7100-003 | | -1,719.51 | 9,000.00 |
| * 10/26/18 | 300005 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 16.27202% | 7100-003 | | 83.22 | 8,916.78 |
| * 10/26/18 | 300005 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 16.27202%<br>REPRINT OF CHECK DUE TO FAULTY MICR CARTRIDGE | 7100-003 | | -83.22 | 9,000.00 |
| * 10/26/18 | 300006 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197 | Claim 000003, Payment 16.27247% | 7100-003 | | 386.38 | 8,613.62 |
| * 10/26/18 | 300006 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197 | Claim 000003, Payment 16.27247%<br>REPRINT OF CHECK DUE TO FAULTY MICR CARTRIDGE | 7100-003 | | -386.38 | 9,000.00 |
| * 10/26/18 | 300007 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 16.27264% | 7100-003 | | 484.57 | 8,515.43 |
| * 10/26/18 | 300007 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 16.27264%<br>REPRINT OF CHECK DUE TO FAULTY MICR CARTRIDGE | 7100-003 | | -484.57 | 9,000.00 |
| * 10/26/18 | 300008 | PYOD, LLC its successors<br>assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008 | Claim 000005, Payment 16.27260% | 7100-003 | | 450.31 | 8,549.69 |

Page Subtotals 0.00 -1,269.20

Ver: 21.00a

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-37646 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FALK, CARL RAYMOND | Bank Name: | ASSOCIATED BANK |
| | FALK, PATRICIA ANN | Account Number / CD #: | *******0545 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2595 | | |
| For Period Ending: | 01/14/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/26/18 | 300008 | Greenville, SC 29602<br>PYOD, LLC its successors<br>assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 16.27260%<br>REPRINT OF CHECK DUE TO FAULTY MICR CARTRIDGE | 7100-003 | | -450.31 | 9,000.00 |
| * 10/26/18 | 300009 | WORLD'S FOREMOST BANK-CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 000006, Payment 16.27258% | 7100-003 | | 1,143.04 | 7,856.96 |
| * 10/26/18 | 300009 | WORLD'S FOREMOST BANK-CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 000006, Payment 16.27258%<br>REPRINT OF CHECK DUE TO FAULTY MICR CARTRIDGE | 7100-003 | | -1,143.04 | 9,000.00 |
| * 10/26/18 | 300010 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Claim 000007, Payment 16.27263% | 7100-003 | | 1,131.00 | 7,869.00 |
| * 10/26/18 | 300010 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Claim 000007, Payment 16.27263%<br>REPRINT OF CHECK DUE TO FAULTY MICR CARTRIDGE | 7100-003 | | -1,131.00 | 9,000.00 |
| 10/26/18 | 300011 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Compensation | | | 1,685.47 | 7,314.53 |
| | | | Fees            1,650.00 | 2100-000 | | | |
| | | | Expenses           35.47 | 2200-000 | | | |
| 10/26/18 | 300012 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,277.67 | 6,036.86 |

Page Subtotals        0.00        2,512.83

Ver: 21.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-37646 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FALK, CARL RAYMOND | Bank Name: | ASSOCIATED BANK |
| | FALK, PATRICIA ANN | Account Number / CD #: | *******0545 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2595 | | |
| For Period Ending: | 01/14/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/26/18 | 300013 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 638.83 | 5,398.03 |
| 10/26/18 | 300014 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 16.27261% | 7100-000 | | 1,719.51 | 3,678.52 |
| 10/26/18 | 300015 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197 | Claim 000003, Payment 16.27247% | 7100-000 | | 386.38 | 3,292.14 |
| 10/26/18 | 300016 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 16.27264% | 7100-000 | | 484.57 | 2,807.57 |
| 10/26/18 | 300017 | PYOD, LLC its successors<br>assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 16.27260% | 7100-000 | | 450.31 | 2,357.26 |
| 10/26/18 | 300018 | WORLD'S FOREMOST BANK-CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 000006, Payment 16.27258% | 7100-000 | | 1,143.04 | 1,214.22 |
| 10/26/18 | 300019 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Claim 000007, Payment 16.27263% | 7100-000 | | 1,131.00 | 83.22 |
| 10/26/18 | 300020 | Discover Bank<br>Discover Products Inc<br>PO Box 3025 | | 7100-000 | | 83.22 | 0.00 |

Page Subtotals 0.00 6,036.86

Ver: 21.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-37646 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FALK, CARL RAYMOND | Bank Name: | ASSOCIATED BANK |
|  | FALK, PATRICIA ANN | Account Number / CD #: | *******0545 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2595 |  |  |
| For Period Ending: | 01/14/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | New Albany, OH 43054-3025 |  |  |  |  |  |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 9,000.00 | 9,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 9,000.00 | 9,000.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 9,000.00 | 9,000.00 |  |

Page Subtotals      0.00      0.00

Ver: 21.00a

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-37646 -ABG | |
| Case Name: | FALK, CARL RAYMOND | |
| | FALK, PATRICIA ANN | |
| Taxpayer ID No: | *******2595 | |
| For Period Ending: | 01/14/19 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | Axos Bank | |
| Account Number / CD #: | *******0116 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

```
                                              COLUMN TOTALS                  0.00         0.00         0.00
                                        Less:  Bank Transfers/CD's           0.00         0.00
                                              Subtotal                       0.00         0.00
                                        Less:  Payments to Debtors                        0.00
                                              Net                            0.00         0.00

                                                                                          NET         ACCOUNT
                           TOTAL - ALL ACCOUNTS                        NET DEPOSITS  DISBURSEMENTS    BALANCE
        Checking Account (Non-Interest Earn - ********0545                9,000.00     9,000.00         0.00
                                 Checking Account - ********0116              0.00         0.00         0.00
                                                                      ----------------  ----------------  ----------------
                                                                          9,000.00     9,000.00         0.00
                                                                      ================  ================  ================
                                                                      (Excludes Account (Excludes Payments  Total Funds
                                                                         Transfers)     To Debtors)      On Hand
```

Page Subtotals 0.00 0.00

Ver: 21.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*